United States District Court
Southern District of Texas
**ENTERED**
July 11, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Roy, Lori § | |
| § | |
| *versus* § | Civil Action 4:23–cv–00286 |
| § | |
| Hartford Life and Accident Insurance Company § | |

## ORDER OF DISMISSAL

Counsel for the parties have advised the Court that an amicable settlement has been reached in this action. This case is hereby DISMISSED on the merits, without prejudice to the right of counsel to move for reinstatement within sixty (60) days on presentation of proof that the settlement could not be consummated. All motions currently pending are denied without prejudice. Any movant seeking to resubmit or reurge those motions must do so within 14 days from the date any motion for reinstatement is filed.

It is so ORDERED.

Signed on July 11, 2023.

Alfred H. Bennett
United States District Judge